**FILED**
6/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CRIMINAL DOCKET FOR CASE #: 4:25−mj−00366−1**
*Internal Use Only*

Case title: USA v. Khan et al

Date Filed: 06/18/2025

Other court case number: 1:25−cr−00321−3,4 Northern District
of Illinois (Eastern Division)

**25CR321**

Assigned to: Magistrate Judge
Christina A Bryan

**Defendant (1)**

| | |
|---|---|
| **Mahmood Sami Khan**<br>*also known as*<br>Sami | represented by **Federal Public Defender − Houston**<br>440 Louisiana<br>Ste 1350<br>Houston, TX 77002<br>713−718−4600<br>Fax: 713−718−4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community*<br>*Defender Appointment* |

**Pending Counts**

**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**

**Disposition**

Title 18, United States Code,
Sections 1343 (wire fraud),
1956(h), 1957, 1956(a)(l)(B)(i)
(money laundering) (Counts 7−8,

1

11, 13, 19)

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2025 | | Arrest (Rule 40) of Mahmood Sami Khan, filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | 1 | Indictment– Northern District of Illinois Eastern Division as to Mahmood Sami Khan, Suhaib Ahmad Chaudhry, filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | 2 | Arrest Warrant issued 06/12/2025; Returned Executed on 6/17/2025 as to Mahmood Sami Khan. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | | Set Hearing as to Mahmood Sami Khan: Initial Appearance – Rule 40 set for 6/18/2025 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | | Arrest of Mahmood Sami Khan, filed. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 6/18/2025 before Magistrate Judge Christina A Bryan as to Mahmood Sami Khan. Defendant first appearance on Indictment from the Illinois Northern District Court 4:25cr321 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Bond set, $50.000 Unsecured, Defendant advised of conditions of release, Defendant on bond to appear in originating district Illinois Northern District Court, Chicago Division for hearing set on at,, 219 SouthDearborn Street, Chicago, IL 60604,. Appearances: AUSA Anhkhoa Thien Tran for USA; AFPD Heather Hughes for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Cynthia Moreno) Bond executed and deft to be released, filed. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Mahmood Sami Khan FOR LIMITED PURPOSE. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 5 | BRADY ORDER on Rule 5(f) as to Mahmood Sami Khan. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 6 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Mahmood Sami Khan. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Illinois Northern District Court, Chicago Division, 4:25cr321. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 11 | Unsecured Bond Entered as to Mahmood Sami Khan in amount of $ 50,000,, filed. (mem4) (Entered: 06/23/2025) |
| 06/18/2025 | 12 | ORDER Setting Conditions of Release as to Mahmood Sami Khan. ( Signed by Magistrate Judge Christina A Bryan) (Attachments: # 1 Unredacted attachment) Parties |

| | | notified. (mem4) (Entered: 06/23/2025) |
|---|---|---|

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:43934300@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 10:40 AM CDT and filed on 6/17/2025

| | |
|---|---|
| **Case Name:** | USA v. Khan et al |
| **Case Number:** | 4:25–mj–00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Mahmood Sami Khan, filed. (pns4)**


**4:25–mj–00366–1 Notice has been electronically mailed to:**

**4:25–mj–00366–1 Notice has not been electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant                    AUSA Sheri H. Mecklenburg, 3124696030

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: |
| MOHAMMED SAMI KHAN | **UNDER SEAL** |

To:     Any Authorized Law Enforcement Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MOHAMMED SAMI KHAN, who is accused of an offense or violation based on the following document filed with the court:

Indictment

This offense is briefly described as follows:

Title 18, United States Code, Sections 1343 (wire fraud), 1956(h), 1957, 1956(a)(1)(B)(i) (money laundering)

Date: June 12, 2025

_____
*Issuing Officer's signature*

City and State: Chicago, Illinois

Gabriel A. Fuentes, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/12/2025 , and the person was arrested on *(date)* 06/17/2025 , at *(city and state)* Houston, TX .

Date: 06/17/2025

_____
*Arresting officer's signature*

Patrick Lewis / Special Agent
*Printed name and title*

5

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:43934399@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Set
```
/Reset Deadlines/Hearings
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 6/18/2025 at 10:47 AM CDT and filed on 6/18/2025

| | |
|---|---|
| **Case Name:** | USA v. Khan et al |
| **Case Number:** | 4:25–mj–00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set Hearing as to Mahmood Sami Khan: Initial Appearance – Rule 40 set for 6/18/2025 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (pns4)**

**4:25–mj–00366–1 Notice has been electronically mailed to:**

**4:25–mj–00366–1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender – Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:43941618@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Arrest
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 7:05 PM CDT and filed on 6/18/2025

**Case Name:**           USA v. Khan et al

**Case Number:**      4:25–mj–00366

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **Arrest of Mahmood Sami Khan, filed. (mem4)**

**4:25–mj–00366–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

**4:25–mj–00366–1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:43941627@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 7:09 PM CDT and filed on 6/18/2025

| | |
|---|---|
| **Case Name:** | USA v. Khan et al |
| **Case Number:** | 4:25–mj–00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 6/18/2025 before Magistrate Judge Christina A Bryan as to Mahmood Sami Khan. Defendant first appearance on Indictment from the Illinois Northern District Court 4:25cr321 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Bond set, $50.000 Unsecured, Defendant advised of conditions of release, Defendant on bond to appear in originating district Illinois Northern District Court, Chicago Division for hearing set on at,, 219 SouthDearborn Street, Chicago, IL 60604,. Appearances: AUSA Anhkhoa Thien Tran for USA; AFPD Heather Hughes for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Cynthia Moreno) Bond executed and deft to be released, filed. (mem4)**

**4:25–mj–00366–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

**4:25–mj–00366–1 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25−mj−00366 |
| | § | |
| Mahmood Sami Khan | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Mahmood Sami Khan, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Illinois Northern District Court, Chicago Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: Federal Public Defender

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on June 18, 2025.

Christina A. Bryan
United States Magistrate Judge

9

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25−mj−00366 |
| | § | |
| Mahmood Sami Khan | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on June 18, 2025.

Christina A. Bryan
United States Magistrate Judge

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

June 18, 2025

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25–mj–00366 |
| | § | Charging District: |
| | § | Illinois Northern District Court |
| Mahmood Sami Khan | § | Charging District's Case No. 4:25cr321 |

### ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in Illinois Northern District Court, the district court where the charges are pending, to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Illinois Northern District Court, Chicago Division 219 SouthDearborn Street, Chicago, IL 60604 | Location: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/18/2025

_____
Christina A. Bryan
United States Magistrate Judge

11

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:25-MJ-0366-1 |
| | ) |
| Mahmood Khan | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Mahmood Khan _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☑ ) (2) This is an unsecured bond of $ 50,000 .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

_____ .

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;
(2)   the property is not subject to claims, except as described above; and
(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _X 6/18/2025_

X _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: _6/18/2025_

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 6/18/2025

_____
*Judge's signature*

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2025
Nathan Ochsner, Clerk

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

## Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    4:25-MJ-0366-1 |
| Mahmood Khan | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

_____

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an Appearance Bond, if ordered.

14

AO 199B (Rev. 09/24) Additional Conditions of Release                    Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____

                                       *Custodian*                        *Date*

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the **Pretrial Services**_____,
telephone number _____, no later than _____.

( ☐ )  (b)  continue or actively seek employment. **lawful employment; No employment with codert**

( ☐ )  (c)  continue or start an education program.

( ☑ )  (d)  surrender any passport to:  Pretrial Services **U.S. and Pakistani**

( ☑ )  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel: **Harris and surranding counties; Chicago for court**

( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **Co defendants; unindicted co conspirators (see attached list)**

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  No CBD Products.

( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

    ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☑ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (**check one**):

        ( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

        ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

        ( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

        ( ☑ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

15

AO 199B (Rev. 09/24) Additional Conditions of Release

Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology (**check one**):

( ☐ ) (1)   Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☑ ) (2)   GPS; or

( ☐ ) (3)   Radio Frequency; or

( ☐ ) (4)   Voice Recognition; or

( ☐ ) (5)   Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☑ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours.

( ☑ ) (s)  Provide current bank statements for any bank accounts associated with his name or business to Probation

☐   Required to pay the cost for drug testing/treatment to the extent he/she is able to.

☑   May not incur any new debt or open any new lines of credit.

☑ No employment with any entity that bills federally

☑ subject to credit checks by US Probation

**Co-defendants:**
> Anosh Ahmed
> Suhaib Chaudhry
> Mohammed Sirajudeen

**Unindicted co-conspirators:**
> Heather Bergdahl

**Witnesses / Victims:**
> Erin Borders
> Faramarz Azondinia aka Mario
> George Miller, Jr.
> George Miller III aka Trey
> Ovais Mahmood aka Haris
> Cathy Williams
> Denise Seaman
> Dedric Myers
> Ibrahim Atef
> Jonathan Daniels
> Any employee of Tri-State Laboratories, including but not limited to Brandon Gomez and Aileen Reyna
> Any employee of Loretto Hospital
> Any employees, past or present, of Illinois Department of Public Health including but not limited to Meghan Patel
> Any employees, past or present, of City of Chicago Department of Public Health including but not limited to Massimo Pacilli or Isaac Ghiani

AO 199C  (Rev. 09/08) Advice of Penalties

Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
- (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
- (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
- (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
- (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

## Directions to the United States Marshal

(    )  The defendant is ORDERED released after processing.
(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:     6/18/2025
_____

_____
*Judicial Officer's Signature*

_____ Christina A. Bryan, United States Magistrate Judge _____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

18

# UNITED STATES DISTRICT COURT
### for the

## Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Mahmood Khan<br>_____<br>*Defendant* | )<br>)<br>)    Case No.  4:25-MJ-0366-1<br>)<br>) |

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                *Place*

on _____
                      *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release

Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

*Custodian* *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the **Pretrial Services** ,
telephone number _____ , no later than _____.

( ☐ ) (b) continue or actively seek employment. lawful employment; No employment with codeRt

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to: Pretrial Services U.S. and Pakistani

( ☑ ) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: Harris and surrounding counties; Chicago for court

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including: co defendants; unindicted co conspirators (see attached list)

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. No CBD Products.

( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☑ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (**check one**):

( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☑ ) (2) GPS; or

( ☐ ) (3) Radio Frequency; or

( ☐ ) (4) Voice Recognition; or

( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) ( ☑ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours.

( ☑ ) (s) *Provide current bank statements for any bank accounts associated with his name or business to Probation*

☐ Required to pay the cost for drug testing/treatment to the extent he/she is able to.

☑ May not incur any new debt or open any new lines of credit.

☑ *No employment with any entity that bills federally*

☑ *subject to credit checks by US Probation*

**Co-defendants:**
Anosh Ahmed
Suhaib Chaudhry
Mohammed Sirajudeen

**Unindicted co-conspirators:**
Heather Bergdahl

**Witnesses / Victims:**
Erin Borders
Faramarz Azondinia aka Mario
George Miller, Jr.
George Miller III aka Trey
Ovais Mahmood aka Haris
Cathy Williams
Denise Seaman
Dedric Myers
Ibrahim Atef
Jonathan Daniels
Any employee of Tri-State Laboratories, including but not limited to Brandon Gomez and Aileen Reyna
Any employee of Loretto Hospital
Any employees, past or present, of Illinois Department of Public Health including but not limited to Meghan Patel
Any employees, past or present, of City of Chicago Department of Public Health including but not limited to Massimo Pacilli or Isaac Ghiani

AO 199C (Rev. 09/08) Advice of Penalties                                                          Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

9561 Nouras Rd Unit A
_____
*City and State*

Houston, Tx 77080

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  6/18/2025
_____

_____
*Judicial Officer's Signature*

Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

23