# IN THE IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>ANOSH AHMED, *et al.* )<br>(MAHMOOD SAMI KHAN), )<br>)<br>   Defendants. ) | No. 25 CR 321-3<br>Hon. Sharon Johnson Coleman |

### DEFENDANTS KHAN'S MOTION TO SEVER DEFENDANTS AHMED AND SIRAJUDEEN AND TO PRECLUDE EVIDENCE

Defendant, **MAHMOOD SAMI KHAN**, by and through his attorneys, and pursuant to Rule 14 of the Federal Rules of Criminal Procedure, as well as the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully requests that this Court sever the trial of this matter from codefendants Ahmed and Sirajudeen and to preclude evidence that relates solely to them.

In support of this motion, counsel submits Defendant Khan's Memorandum in Support of His Pretrial Motions, filed contemporaneously herewith.

DATED: November 7, 2025

s/Patrick Blegen

Patrick Blegen
BLEGEN & ASSOCIATES
53 West Jackson Blvd., Suite 1424
Chicago, IL 60604
Telephone: (312) 957-0100
pblegen@blegengarvey.com

s/Gabrielle R. Sansonetti

Gabrielle R. Sansonetti
LEINENWEBER, DAFFADA, & SANSONETTI
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(773)716-6117
gabrielle@ilesq.com