**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                    Case No.: 1:25–cr–00321

                                    Honorable Sharon Johnson Coleman

Anosh Ahmed, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Mahmood Sami Khan (3), Suhaib Ahmad Chaudhry (4): Status hearing held on 6/10/2026. Government's motion to continue trial date [103] is granted. Jury Trial set for 7/9/2026 is stricken. Oral motion by defendant for leave to file under seal is granted. The Court sets an in−person evidentiary hearing for 6/17/2026 at 10:30 AM. Government shall provide defendants with the disclosures they requested by 6/12/2026. Parties shall submit witness list by 6/12/2026. Oral motion by the government for exclusion of time is denied. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.