UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    25 CR 321-3 and |
| v. | ) | 25 CR 321-4 |
| | ) | |
| MAHMOOD SAMI KHAN, | ) | Judge Sharon Johnson Coleman |
| aka "SAMI," and | ) | |
| SUHAIB AHMAD CHAUDHRY | ) | |

**GOVERNMENT'S EMERGENCY UNOPPOSED MOTION TO DISMISS
INDICTMENT WITH PREJUDICE AS TO DEFENDANTS KHAN AND
CHAUDHRY**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss with prejudice the indictment as to defendants Mahmood Sami Khan and Suhaib Ahmad Chaudhry only. In support of this motion, the government states as follows:

1.      On June 12, 2025, defendants Khan and Chaudhry were charged in the indictment in this case. R. 1. Defendant Khan is charged in Counts Seven, Eight, Eleven, Thirteen, and Nineteen of the indictment. Defendant Chaudhry is charged in Count Nineteen of the indictment.

2.      Rule 48(a) of the Federal Rules of Criminal Procedure provides in pertinent part that "[t]he government may, with leave of court, dismiss an indictment. . . ." The government moves this Court pursuant to Rule 48(a) to dismiss the indictment with prejudice as to defendants Khan and Chaudhry only. Specifically,

1

the government requests that Khan be dismissed with prejudice from Counts Seven, Eight, Eleven, Thirteen, and Nineteen, and that Chaudhry be dismissed with prejudice from Count Nineteen.

3.     The government has conferred with counsel for defendant Khan and Chaudhry about their positions as to this motion. Counsel for Khan and Chaudhry do not object to this motion to dismiss the indictment with prejudice as to their clients.

4.     The government has filed this motion on an emergency basis because the parties to this motion have deadlines tomorrow, Friday, June 12, 2026, in anticipation of an evidentiary hearing on June 17, 2026. The parties are required to submit a witness list by June 12, 2026 and the government is required to make disclosures by June 12, 2026. The government wishes to file this motion for the Court's consideration before the June 12, 2026 deadlines and the June 17, 2026 hearing.

WHEREFORE, for the foregoing reasons, the government respectfully moves this Court to dismiss the indictment as to defendants Khan and Chaudhry only as to those counts in which they have been charged.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ Diane MacArthur
        DIANE MacARTHUR
        KELLY GUZMAN
        Assistant United States Attorneys
        219 South Dearborn Street 5tth Flor
        Chicago, IL 60604
        (312) 353-5300

2