## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25–cr–00321

Honorable Sharon Johnson Coleman

Anosh Ahmed, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman as to Mahmood Sami Khan (3), Suhaib Ahmad Chaudhry (4): Motion hearing held on 6/12/2026. Brief oral arguments held as to the government's emergency unopposed motion to dismiss indictment with prejudice [117]. The Court grants the motion and dismisses the indictment as to defendants Khan and Chaudhry with prejudice. Oral motion by defendant Chaudhry for removal of the location monitoring and the return of his passport is granted. Pretrial Services is directed to remove the location monitoring equipment and return defendant's passport as to defendant Suhaib Ahmad Chaudhry. Evidentiary hearing set for 6/17/2026 is stricken. All pending motions are stricken as moot. (Terminated defendant Suhaib Ahmad Chaudhry and Mahmood Sami Khan). Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.