# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Anosh Ahmed, et al.

                Defendant.

Case No.: 1:25–cr–00321

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Mahmood Sami Khan (3): The Court received email correspondence from defendant's counsel with the government's counsel copied, requesting for an order to have Pretrial Services return defendant's passport to him. The Court grants the request. Pretrial Services is directed to return Mahmood Sami Khan's passport to him. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.